UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PIZZA ALLIANCE 1, LLC,<br><br>        Defendant. | Case No. 21-cv-01612-BLF<br><br>**ORDER VACATING ALL DATES, REQUESTING DISMISSAL OR A STATUS UPDATE NO LATER THAN 60 DAYS, AND ADMINISTRATIVELY CLOSING THE CASE** |

On April 15, 2021, Plaintiff Scott Johnson notified the Court of a provisional settlement agreement between the parties. ECF 11. The Court REQUESTS that the parties voluntarily dismiss the case or provide a further status update no later than June 15, 2021.

The Clerk SHALL vacate all dates and administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should a settlement not be reached.

**IT IS SO ORDERED.**

Dated: April 16, 2021

_____
BETH LABSON FREEMAN
United States District Judge